Fill in this information to identify the case:

United States Bankruptcy Court for the:

Western District of Missouri

Case number (if known): _____     Chapter   7

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | CMA Acquisitions, Inc. |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | Gloggner Metal Fabricators |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 3 9 3 4 7 0 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3336 Pear St. <br> Number     Street | Number     Street |
| Saint Joseph, MO 64503 <br> City          State   ZIP Code | City          State   ZIP Code |
| Buchanan <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number     Street <br><br> City          State   ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | CMA Acquisitions, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_ _ _ _   _ _ _ _

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____ Case number _____
                             MM / DD / YYYY

             District _____  When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

      District _____  When _____
                                   MM / DD / YYYY

      Case number, if known _____

| Debtor | CMA Acquisitions, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | **Name** | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|
| | |
| City | State  ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

## ▮ Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000
☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

| Debtor | CMA Acquisitions, Inc. | Case number *(if known)* |
|---|---|---|
| | **Name** | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/29/2024
   MM/ DD/ YYYY

X _____
Signature of authorized representative of debtor

Christopher M. Allen
Printed name

Title _____ President _____

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  03/29/2024
   MM/ DD/ YYYY

Jill Olsen
Printed name

The Olsen Law Firm, LLC
Firm name

118 N Conistor Ln. Suite B290
Number    Street

Liberty                                 MO          64068
City                                    State       ZIP Code

(816) 521-8811                          jill@olsenlawkc.com
Contact phone                           Email address

49835                                   MO
Bar number                              State

Fill in this information to identify the case:

Debtor Name    CMA Acquisitions, Inc.

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Missouri** _____
(State)

Case number (If
known):    _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

| | | |
|---|---|---|
| 1. | **Does the debtor have any cash or cash equivalents?** | |

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | **Current value of debtor's interest** |
|---|---|---|

| | | |
|---|---|---|
| 2. | **Cash on hand** | _____ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. CrossFirst Bank | Checking account | 9  6  3  1 | $5.00 |

4. **Other cash equivalents** *(Identify all)*

4.1 _____    _____

4.2 _____    _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $5.00

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____    _____

7.2 _____    _____

Debtor    **CMA Acquisitions, Inc.**_____    Case number *(if known)* _____
            Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____    _____

    8.2 _____    _____

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.    _____

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                    Current value of
                                                    debtor's interest

11. **Accounts receivable**

    11a. 90 days old or less:    **$21,693.50**  -  **unknown**  =..... →    $21,693.50
                    face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:    **$26,536.87**  -  **unknown**  =..... →    $26,536.87
                    face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $48,230.37

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                            Valuation method used    Current value of
                                            for current value         debtor's interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                         % of
                                          ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

| Debtor | __CMA Acquisitions, Inc._____ | | Case number (if known) _____ |
|---|---|---|---|
| | Name | | |

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    [_____]

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    [_____]

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor   **CMA Acquisitions, Inc.**                                          Case number *(if known)* _____
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                                    [_____]

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **CMA Acquisitions, Inc.**                                    Case number (if known) _____
             Name

| | | | |
|---|---|---|---|
| 40. | **Office fixtures** | | |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1 _____

    42.2 _____

    42.3 _____

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____

    47.2 _____

    47.3 _____

    47.4 _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

Debtor    **CMA Acquisitions, Inc.**                                          Case number *(if known)* _____
_____
Name

48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

49.1 _____    _____  _____  _____

49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   **Lease of bulk industrial gas storage container for liquid nitrogen** _____    **unknown**                    **unknown**

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                                      _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Shop/Office / 3336 Pear St. Saint Joseph, MO 64503 | Lease | unknown | | unknown |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

---

**Part 10:    Intangibles and intellectual property**

Debtor    __CMA Acquisitions, Inc._____    Case number *(if known)* _____
          Name

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61. Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| **62. Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| **64. Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| **65. Goodwill** | | | |
| _____ | _____ | _____ | _____ |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                         _____

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

                                                                    Current value of debtor's interest

Debtor    **CMA Acquisitions, Inc.**    Case number *(if known)* _____
            Name

---

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➔ _____
                                Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____

    _____   Tax year _____   _____

    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Possible claim for fraudulent inducement/misrepresentation**                    unknown

    Nature of claim    **Fraud**

    Amount requested        **unknown**

    **Possible claim for breach of contract and tortious interference with business**    unknown

    Nature of claim    **Contract/tort action**

    Amount requested        **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                          _____

    Nature of claim    _____

    Amount requested    _____

76. **Trusts, equitable or future interests in property**

    _____                          _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                          _____

    _____                          _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.        _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

| Debtor | CMA Acquisitions, Inc. | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

**Part 12:**  **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $5.00 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $48,230.37 | |
| 83. | Investments. *Copy line 17, Part 4.* | | |
| 84. | Inventory. *Copy line 23, Part 5.* | | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | unknown | |
| 88. | Real property. *Copy line 56, Part 9.*................................................➔ | | unknown |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | | |
| 90. | All other assets. *Copy line 78, Part 11.* | + unknown | |
| 91. | Total. *Add lines 80 through 90 for each column*...........................91a. | $48,235.37 | + 91b. |
| 92. | Total of all property on Schedule A/B. Lines 91a + 91b = 92. ...................................................................................... | | $48,235.37 |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CMA Acquisitions, Inc. |
| United States Bankruptcy Court for the: | Western District of Missouri<br>(State) |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2.   List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** Creditor's name<br>CrossFirst Bank<br><br>Creditor's mailing address<br>11440 Tomahawk Creek Pkwy<br>Leawood, KS 66211<br><br>Creditor's email address, if known<br>_____<br><br>Date debt was incurred   12/31/2021<br><br>Last 4 digits of account number  __ __ __ __<br><br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br>CrossFirst Bank. Outstanding A/R. Possible claim for breach of contract and tortious interference with business. Possible claim for fraudulent inducement/misrepresentation. Outstanding A/R<br><br>Describe the lien<br>Blanket UCC-1 lien on all business assets<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br><br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $458,847.53 | $48,235.37 |

**Remarks:** Debt also secured by mortgages on Chris Allen's residence and condo

| **3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $458,847.53 |
|---|---|

**Fill in this information to identify the case:**

Debtor name _____ CMA Acquisitions, Inc. _____

United States Bankruptcy Court for the:
_____ Western District of Missouri _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>Peggy Campbell<br><br>Buchanan County Collector<br><br>411 Jules St. 123<br><br>Saint Joseph, MO 64501<br><br>Date or dates debt was incurred<br>11/03/2023<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>Personal property tax<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $23,513.13 | $23,513.13 |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **CMA Acquisitions, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Alro Steel Corporation

24876 Network Place

Chicago, IL 60673-1248

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  3  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods/services provided

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $4,409.85

**3.2** Nonpriority creditor's name and mailing address
Azz Galvanizing Services

PO Box 843771

Dallas, TX 75284

Date or dates debt was incurred   01/10/2024

Last 4 digits of account number  6  1  2  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services provided

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $1,364.66

**3.3** Nonpriority creditor's name and mailing address
Bright Disposal Services, LLC

PO Box 661

Saint Joseph, MO 64502

Date or dates debt was incurred _____

Last 4 digits of account number  2  6  8  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services provided

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $210.00

**3.4** Nonpriority creditor's name and mailing address
Brown Mannschreck Imaging Solutions

3003 Pear St.

Saint Joseph, MO 64503

Date or dates debt was incurred   12/01/2023

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services provided

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $178.54

Debtor  **CMA Acquisitions, Inc.** _____     Case number *(if known)* _____
         Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $940.54 |
| --- | --- | --- | --- |

**3.5** Nonpriority creditor's name and mailing address
Chada

815 E 12th St.

Lawrence, KS 66044

Date or dates debt was incurred    **12/29/2023**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **12/29/2Goods/services provided**

Is the claim subject to offset?
☑ No
☐ Yes

$940.54

**3.6** Nonpriority creditor's name and mailing address
Cintas #177

PO Box 86005

Chicago, IL 60680-1005

Date or dates debt was incurred    _____

Last 4 digits of account number    **9  1  8  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Services provided**

Is the claim subject to offset?
☑ No
☐ Yes

$1,016.88

**3.7** Nonpriority creditor's name and mailing address
City of St. Joseph

1100 Frederick Ave.

Saint Joseph, MO 64501

Date or dates debt was incurred    **01/20/2024**

Last 4 digits of account number    **-  0  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Utility services**

Is the claim subject to offset?
☑ No
☐ Yes

$145.49

**3.8** Nonpriority creditor's name and mailing address
Concentra Medical Centers

5506 Corporate Dr. 1700

Saint Joseph, MO 64507

Date or dates debt was incurred    **12/27/2023**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Services provided**

Is the claim subject to offset?
☑ No
☐ Yes

$534.60

---

| | |
|---|---|
| Debtor | **CMA Acquisitions, Inc.** |
| | Name |

Case number *(if known)* _____

**Part 2:** **Additional Page**

**3.9** Nonpriority creditor's name and mailing address
**Echo Electric Supply Br38**
1515 Buchanan Ave.
Saint Joseph, MO 64501

Date or dates debt was incurred   **01/21/2024**
Last 4 digits of account number   — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Goods/services provided**
Is the claim subject to offset?
☑ No
☐ Yes

$676.41

**3.10** Nonpriority creditor's name and mailing address
**Evergy**
PO Box 219703
Kansas City, MO 64121-9703

Date or dates debt was incurred   _____
Last 4 digits of account number   **4 4 7 5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Utility services**
Is the claim subject to offset?
☑ No
☐ Yes

$3,077.94

**3.11** Nonpriority creditor's name and mailing address
**Fastenal**
2001 Theurer Blvd.
Winona, MN 55987

Date or dates debt was incurred   **12/14/2023**
Last 4 digits of account number   **0 2 7 4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Goods/services provided**
Is the claim subject to offset?
☑ No
☐ Yes

$100.05

**3.12** Nonpriority creditor's name and mailing address
**Federal Express**
PO Box 94515
Palatine, IL 60094-4515

Date or dates debt was incurred   _____
Last 4 digits of account number   **1 5 - 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Services provided**
Is the claim subject to offset?
☑ No
☐ Yes

$253.73

Debtor    **CMA Acquisitions, Inc.**                                                                Case number *(if known)* _____
          Name

| **Part 2:** | **Additional Page** | . |
|---|---|---|

---

**3.13**  **Nonpriority creditor's name and mailing address**

GT Midwest

405 E. 14th Ave.

Kansas City, MO 64116

Date or dates debt was incurred _____

Last 4 digits of account number    –  **0**  **0**  **2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods/services provided

Is the claim subject to offset?
☑ No
☐ Yes

$1,127.49

---

**3.14**  **Nonpriority creditor's name and mailing address**

Harshman Machine & Tool Corp.

1030 S. 8th St.

Saint Joseph, MO 64503

Date or dates debt was incurred _____

Last 4 digits of account number    ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods/services provided

Is the claim subject to offset?
☑ No
☐ Yes

$2,763.00

---

**3.15**  **Nonpriority creditor's name and mailing address**

Hilti

7250 Dallas Pkwy 1000

Plano, TX 75024

Date or dates debt was incurred    01/16/2024

Last 4 digits of account number    **4**  **6**  **5**  **4**  .

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease of tools

Is the claim subject to offset?
☑ No
☐ Yes

$6,245.10

---

**3.16**  **Nonpriority creditor's name and mailing address**

Matheson Gas

4722 S. Highway 169

Saint Joseph, MO 64507

Date or dates debt was incurred _____

Last 4 digits of account number    ___  ___  ___  ___

Remarks: Two accounts #7761 & #0955

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease of nitrogen gas tank

Is the claim subject to offset?
☑ No
☐ Yes

$5,513.03

---

| Debtor | CMA Acquisitions, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address
McMaster Carr

600 N. County Line Rd.

Elmhurst, IL 60126

Date or dates debt was incurred

Last 4 digits of account number    9  2  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods/services provided

Is the claim subject to offset?
☑ No
☐ Yes

$2,328.97

---

**3.18** Nonpriority creditor's name and mailing address
Menards

5101 Menard Dr.

Eau Claire, WI 54703

Date or dates debt was incurred

Last 4 digits of account number    6  0  3  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods/services provided

Is the claim subject to offset?
☑ No
☐ Yes

$1,143.63

---

**3.19** Nonpriority creditor's name and mailing address
Metal Sales Manufacturing Corporation

1306 S. Powell Rd.

Independence, MO 64057

Date or dates debt was incurred    01/27/2024

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods/services provided

Is the claim subject to offset?
☑ No
☐ Yes

$300.00

---

**3.20** Nonpriority creditor's name and mailing address
Metals, USA

2840 E. Heartland Dr.

Liberty, MO 64068

Date or dates debt was incurred

Last 4 digits of account number    5  8  9  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods/services provided

Is the claim subject to offset?
☑ No
☐ Yes

$3,711.21

---

| Debtor | CMA Acquisitions, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

**3.21** | Nonpriority creditor's name and mailing address

Midwest Pest

4760 SE Stafford

Dearborn, MO 64439

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services provided**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$260.00

---

**3.22** | Nonpriority creditor's name and mailing address

Missouri American Water

727 Craig Rd.

Saint Louis, MO 63141-7175

Date or dates debt was incurred _____

Last 4 digits of account number   8  2  0  5

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Utility services**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$181.28

---

**3.23** | Nonpriority creditor's name and mailing address

Mo-Kan Sheet Metal Workers

2902 Blue Ridge Blvd. 100

Kansas City, MO 64129

Date or dates debt was incurred   01/24/2024

Last 4 digits of account number — — — —

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Outstanding pension payment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$14,557.07

---

**3.24** | Nonpriority creditor's name and mailing address

Mo-Kan Sheet Metal Workers Welfare Fund

2902 Blue Ridge Blvd. 100

Kansas City, MO 64129

Date or dates debt was incurred _____

Last 4 digits of account number — — — —

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Claim for return of overpayment**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$99,689.95

---

| Debtor | CMA Acquisitions, Inc. | | Case number *(if known)* _____ |
|---|---|---|---|
| | **Name** | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| **3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,830.52** |
|---|---|---|---|

Nolin Milling Inc.

101 Pine St.

Dickens, IA 51333

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods/services provided

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 9 9 6 9 | ☑ No  ☐ Yes |

| **3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,700.78** |
|---|---|---|---|

O'Neal Steel - St. Joseph

2901 S. 22nd St.

Saint Joseph, MO 64503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods/services provided

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 7 3 2 1 | ☑ No  ☐ Yes |

| **3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$351,158.00** |
|---|---|---|---|

Philip A. Gloggner

15900 NW 126th Terr.

Platte City, MO 64079

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Seller note

| Date or dates debt was incurred | 12/31/2021 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _ _ _ _ | ☑ No  ☐ Yes |

Remarks:
Disputed due to possible cause of action for fraudulent misrepresentation

| **3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,360.63** |
|---|---|---|---|

Phoenix Metals Company

201 Donovan Rd.

Kansas City, KS 66115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods/services provided

| Date or dates debt was incurred | 12/14/2023 | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | 8 7 5 8 | ☑ No  ☐ Yes |

Debtor    **CMA Acquisitions, Inc.**                                              Case number *(if known)* _____
          Name

| **Part 2:** | **Additional Page** |

---

**3.29**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $1,323.88
*Check all that apply.*

Prolific Technologies                                              ☐ Contingent

2013 S. Blet Hwy. 300                                             ☐ Unliquidated

Saint Joseph, MO 64507                                           ☐ Disputed

                                                                 Basis for the claim:  Goods/services provided

Date or dates debt was incurred    _____                    Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

---

**3.30**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $570.80
*Check all that apply.*

Rock Ridge Steel Co. LLC                                          ☐ Contingent

PO Box 455                                                       ☐ Unliquidated

Elwood, KS 66024                                                 ☐ Disputed

                                                                 Basis for the claim:  Goods/services provided

Date or dates debt was incurred    _____                    Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

---

**3.31**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $279.50
*Check all that apply.*

Sheet Metal Workers Local #2                                     ☐ Contingent

2902 Blue Ridge Blvd.                                            ☐ Unliquidated

Kansas City, MO 64129                                            ☐ Disputed

                                                                 Basis for the claim:  Pension

Date or dates debt was incurred    01/24/2024                     Is the claim subject to offset?
                                                                 ☑ No
Last 4 digits of account number    __ __ __ __                    ☐ Yes

---

**3.32**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $3,821,015.50
*Check all that apply.*

Sheet Metal Workers National Pension Fund                        ☑ Contingent

3180 Fairview Park Dr. 400                                       ☑ Unliquidated

Falls Church, VA 22042                                           ☑ Disputed

                                                                            Pension withdrawal
                                                                            liability and exit
Date or dates debt was incurred    _____                   Basis for the claim:  contribution

Last 4 digits of account number    __ __ __ __                    Is the claim subject to offset?
                                                                 ☑ No
Remarks: Disputed due to possible cause of action against seller  ☐ Yes

---

Debtor    **CMA Acquisitions, Inc.** _____    Case number *(if known)* _____
            Name

---

| **Part 2:** | **Additional Page** |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $815.04
| **Spire** | *Check all that apply.* |
| | ☐ Contingent |
| **Drawer 2** | ☐ Unliquidated |
| **Saint Louis, MO 63171** | ☐ Disputed |
| | Basis for the claim:  **Utility services** |
| Date or dates debt was incurred    **01/23/2024** | Is the claim subject to offset? |
| Last 4 digits of account number    **1  1  1  1** | ☑ No |
| | ☐ Yes |

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,142.33
| **State Steel** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 3224** | ☐ Unliquidated |
| **Sioux City, IA 51102** | ☐ Disputed |
| | Basis for the claim:  **Goods/services provided** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number    **2  5  2  3** | ☑ No |
| | ☐ Yes |

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.45
| **Trexcon, Inc.** | *Check all that apply.* |
| | ☐ Contingent |
| **802 Mitchell Ave.** | ☐ Unliquidated |
| **Saint Joseph, MO 64503** | ☐ Disputed |
| | Basis for the claim:  **Goods/services provided** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number    **1  1  4  3** | ☑ No |
| | ☐ Yes |

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00
| **Triangle Sales** | *Check all that apply.* |
| | ☐ Contingent |
| **15300 W. 110th St.** | ☐ Unliquidated |
| **Lenexa, KS 66219** | ☐ Disputed |
| | Basis for the claim:  **Goods/services provided** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number    **M  0  0  2** | ☑ No |
| | ☐ Yes |

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **CMA Acquisitions, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** **Additional Page**

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $602.61 |
|---|---|---|---|

| | |
|---|---|
| **United Fiber** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 319** ` | ☐ Unliquidated |
| **Savannah, MO 64485-0319** | ☐ Disputed |
| | Basis for the claim: **Utility services** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number   **8  7  0  0** | ☑ No |
| | ☐ Yes |

| Debtor | CMA Acquisitions, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 3: List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Haynes Benefits PC<br>Attn: Marsha Woodward<br>2600 Grand Blvd. 410<br>Kansas City, MO 64108 | Line 3.24<br>☐ Not listed. Explain _____ | ____ ____ ____ ____ |

| Debtor | **CMA Acquisitions, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><strong>Part 4:</strong></td><td colspan="2"><strong>Total Amounts of the Priority and Nonpriority Unsecured Claims</strong></td></tr>
</table>

**5.** Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | | **$23,513.13** |
|---|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. | **+** | **$4,360,868.46** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$4,384,381.59** |

Fill in this information to identify the case:

Debtor name _____ CMA Acquisitions, Inc. _____

United States Bankruptcy Court for the:
_____ Western District of Missouri

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease for industrial gas storage tank | Matheson Gas |
| | | Contract to be REJECTED | 4722 S. Highway 169 |
| | State the term remaining | 0 months | Saint Joseph, MO 64507 |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease for business shop/office | Phil Gloggner |
| | | Contract to be REJECTED | 15900 NW 126th Terr. |
| | State the term remaining | 0 months | Platte City, MO 64079 |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CMA Acquisitions, Inc.** |
| United States Bankruptcy Court for the: | **Western** District of **Missouri** (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Christopher M. Allen | 9429 Lee Blvd. <br> Street <br><br> Leawood, KS 66206 <br> City    State    ZIP Code | CrossFirst Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    __CMA Acquisitions, Inc._____    Case number (if known) _____
Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.5 _____ | _____ Street | | _____ | ❏ D ❏ E/F ❏ G |
| | _____  _____ | | | |
| | City      State      ZIP Code | | | |
| 2.6 _____ | _____ Street | | _____ | ❏ D ❏ E/F ❏ G |
| | _____ | | | |
| | City      State      ZIP Code | | | |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

Fill in this information to identify the case:

Debtor name _____CMA Acquisitions, Inc._____

United States Bankruptcy Court for the:
_____Western District of Missouri_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/29/2024___          X _____
        MM/ DD/ YYYY                              Signature of individual signing on behalf of debtor

                                  Christopher M. Allen_____
                                  Printed name

                                  President_____
                                  Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____ CMA Acquisitions, Inc. _____

United States Bankruptcy Court for the:
_____ Western District of Missouri _____

Case number (if known): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                12/15

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*............................................................................     $0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................     $48,235.37

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................     $48,235.37

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................     $458,847.53

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................     $23,513.13

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................     +   $4,360,868.46

4. Total liabilities....................................................................................................     $4,843,229.12
    Lines 2 + 3a + 3b

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor name _____ CMA Acquisitions, Inc. _____

United States Bankruptcy Court for the:
_____ Western District of Missouri _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing date <br> MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $272,424.04 |
| For prior year: From 01/01/2023 to 12/31/2023 <br> MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $1,958,129.00 |
| For the year before that: From 01/01/2022 to 12/31/2022 <br> MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $2,476,749.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing date <br> MM/ DD/ YYYY | _____ | _____ |
| For prior year: From 01/01/2023 to 12/31/2023 <br> MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| For the year before that: From 01/01/2022 to 12/31/2022 <br> MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

| Debtor | CMA Acquisitions, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** CrossFirst Bank<br>Creditor's name<br>11440 Tomahawk Creek Pkwy<br>Street<br><br>Leawood, KS 66211<br>City          State     ZIP Code | 01/02/2024<br>01/31/2024<br>01/31/2024 | $60,302.09 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.2.** CrossFirst Bank<br>Creditor's name<br>11440 Tomahawk Creek Pkwy<br>Street<br><br>Leawood, KS 66211<br>City          State     ZIP Code | 01/16/2024<br>02/16/2024 | $16,788.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Business credit card |
| **3.3.** Diamond Auto Body, LLC<br>Creditor's name<br>3406 Pear St.<br>Street<br><br>Saint Joseph, MO 64503<br>City          State     ZIP Code | 01/02/2024<br>01/16/2024 | $11,410.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.4.** Internal Revenue Service<br>Creditor's name<br>Street<br><br>City          State     ZIP Code | 01/03/2024<br>01/10/2024<br>01/17/2024<br>01/24/2024 | $22,849.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Federal taxes for FICA/FUTA |
| **3.5.** Metals, USA<br>Creditor's name<br>2840 E. Heartland Dr.<br>Street<br><br>Liberty, MO 64068<br>City          State     ZIP Code | 01/02/2024 | $7,901.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Debtor | CMA Acquisitions, Inc. | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

**3.6.** Missouri Department of Revenue
Creditor's name

PO Box 329
Street



Jefferson City, MO 65107-0329
City                    State      ZIP Code

01/19/2024

01/24/2024

.

$15,723.28

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑       State Taxes for payroll and sales
Other tax

**3.7.** Mo-Kan Sheet Metal Workers
Creditor's name

2902 Blue Ridge Blvd. 100
Street



Kansas City, MO 64129
City                    State      ZIP Code

01/10/2024

_____

_____

$31,385.35

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other Health insurance _____

**3.8.** Philip A. Gloggner
Creditor's name

15900 NW 126th Terr.
Street



Platte City, MO 64079
City                    State      ZIP Code

01/01/2024

01/26/2024

02/25/2024

03/29/2024

$34,000.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other Lease for business shop/office _____

**3.9.** Sheet Metal Workers National Pension Fund
Creditor's name

3180 Fairview Park Dr. 400
Street



Falls Church, VA 22042
City                    State      ZIP Code

01/10/2024

_____

_____

$28,972.23

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other Pension contribution _____

**3.10.** Triangle Sales
Creditor's name

15300 W. 110th St.
Street



Lenexa, KS 66219
City                    State      ZIP Code

01/02/2024

01/31/2024

.

$10,462.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

| Debtor | CMA Acquisitions, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**4.1.**

| | |
|---|---|
| Creditor's name | |
| Street | |
| City        State     ZIP Code | |
| Relationship to debtor | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** American Metals | Trade construction materials | 3-4-2024 | $6,971.00 |
| Creditor's name | | | |
| 15201 W 101st Terrace 1458 | | | |
| Street | | | |
| Lenexa, KS 66219 | | | |
| City        State     ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** CrossFirst Bank | Bank swept funds from account after sale of assets | 02/26/2024 | $979,559.79 |
| Creditor's name | | | |
| 11440 Tomahawk Creek Pkwy | XXXX– __ __ __ | | |
| Street | | | |
| Leawood, KS 66211 | | | |
| City        State     ZIP Code | | | |
| **6.2.** CrossFirst Bank | Bank swept funds from account | 03/07/2024 | $46,871.94 |
| Creditor's name | | | |
| 11440 Tomahawk Creek Pkwy | XXXX– __ __ __ | | |
| Street | | | |
| Leawood, KS 66211 | | | |
| City        State     ZIP Code | | | |

| Debtor | CMA Acquisitions, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | Name _____ | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | Street _____ | ☐ Concluded |
| | _____ | | City        State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | Case title | Court name and address |
| | Street | | Name |
| | City        State    ZIP Code | Case number | Street |
| | | Date of order or assignment | City        State    ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Cure of Ars School | Donation to church | 09/01/2022 | $6,500.00 |
| | Recipient's name | | | |
| | 9403 Mission Rd. | | | |
| | Street | | | |
| | Leawood, KS 66206 | | | |
| | City        State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| Debtor | CMA Acquisitions, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| The Olsen Law Firm, LLC | Attorney's Fee and filing fee | 01/20/2024 | $7,500.00 |
| **Address** | | | |
| 118 N Conistor Ln. Suite B290 | | | |
| Street | | | |
| Liberty, MO 64068 | | | |
| City            State      ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |
| CMA Acquisitions | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Trustee** | | | |

| Debtor | CMA Acquisitions, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

Address

Street

City                          State        ZIP Code

Relationship to debtor

---

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| | Street | |
| | | |
| | City            State    ZIP Code | |

---

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Debtor | CMA Acquisitions, Inc. | | Case number (if known) | |
| | Name | | | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** | | |
| Facility name | | |
| Street | Location where patient records are maintained(If different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City        State      ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

　　　Does the debtor have a privacy policy about that information?

　　　☐ No

　　　☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

　　　☐ No. Go to Part 10.

　　　☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| CMA Acquisitions, Inc. 401k | EIN:  8 7 – 3 9 3 4 7 0 5 |

　　　Has the plan been terminated?

　　　☐ No

　　　☑ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1** _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

| Debtor | CMA Acquisitions, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | | | |
| | Street | | | |
| | _____ | Address | _____ | |
| | City        State    ZIP Code | _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | | | |
| | Street | | | |
| | _____ | Address | _____ | |
| | City        State    ZIP Code | _____ | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | _____ | _____ | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | _____ | |
| City        State    ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

☑ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

☑ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | CMA Acquisitions, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

☑ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City          State   ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City          State   ZIP Code | Name<br>Street<br>City          State   ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City          State   ZIP Code | Name<br>Street<br>City          State   ZIP Code | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    CMA Acquisitions, Inc.                                                          Case number *(if known)* _____
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.1.**

Name _____        _____        EIN: __ __ – __ __ __ __ __ __ __

Street _____                                      **Dates business existed**

_____                                             From _____  To _____

City          State    ZIP Code

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

**26a.1.** Holly Conard
Name

3336 Pear St.
Street

_____

Saint Joseph, MO 64503
City          State          ZIP Code

From 12/31/2021  To 01/19/2024

| Name and address | Dates of service |
|---|---|

**26a.2.** Creative Planning - Cyndi Bishop
Name

5454 W 110th St
Street

_____

Leawood, KS 66211
City          State          ZIP Code

From 03/01/2022  To 03/31/2024

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

**26b.1.**

Name

Street

_____

City          State          ZIP Code

From _____  To _____

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 11

| Debtor | CMA Acquisitions, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| **26c.1.** | | |
| | Name | |
| | Street | |
| | | |
| | City                    State                    ZIP Code | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| **26d.1.** | |
| | Name |
| | Street |
| | |
| | City                    State                    ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Matthew Triggs | 01/16/2024 | $193,878.94 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| **27.1.** | Christopher M. Allen |
| | Name |
| | 9429 Lee Blvd. |
| | Street |
| | |
| | Leawood, KS 66206 |
| | City                    State                    ZIP Code |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher M. Allen | 9429 Lee Blvd. Leawood, KS 66206 | President, Owner | 100.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

| Debtor | CMA Acquisitions, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

From _____
To _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Christopher M. Allen<br>Name<br>9429 Lee Blvd.<br>Street<br><br>Leawood, KS 66206<br>City          State          ZIP Code<br><br>**Relationship to debtor**<br>President/Owner | $146,358.46 gross/ $107,451.62 net | 4-1-23 to 1-12-24 | Salary - wages |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ – ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Sheet Metal Workers National Pension Fund | EIN: 5 2 – 6 1 1 2 4 6 3 |

**Part 14: Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     03/29/2024
                MM/ DD/ YYYY

X _____          Printed name          Christopher M. Allen
Signature of individual signing on behalf of the debtor

Position or relationship to debtor          President

Debtor   CMA Acquisitions, Inc.
_____     Case number *(if known)* _____
         Name

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**SAINT JOSEPH DIVISION**

IN RE: **CMA Acquisitions, Inc.**                              CASE NO

                                                               CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     03/29/2024        Signature _____

                                          Christopher M. Allen, President

[ case number ]

Alro Steel Corporation
24876 Network Place
Chicago, IL 60673-1248


Azz Galvanizing Services
PO Box 843771
Dallas, TX 75284


Bright Disposal Services, LLC
PO Box 661
Saint Joseph, MO 64502


Brown Mannschreck Imaging Solutions
3003 Pear St.
Saint Joseph, MO 64503


Chada
815 E 12th St.
Lawrence, KS 66044


Christopher M. Allen
9429 Lee Blvd.
Leawood, KS 66206


Cintas #177
PO Box 86005
Chicago, IL 60680-1005


City of St. Joseph
1100 Frederick Ave.
Saint Joseph, MO 64501


Concentra Medical Centers
5506 Corporate Dr. 1700
Saint Joseph, MO 64507


CrossFirst Bank
11440 Tomahawk Creek Pkwy
Leawood, KS 66211

Echo Electric Supply Br38
1515 Buchanan Ave.
Saint Joseph, MO 64501


Evergy
PO Box 219703
Kansas City, MO 64121-9703


Fastenal
2001 Theurer Blvd.
Winona, MN 55987


Federal Express
PO Box 94515
Palatine, IL 60094-4515


GT Midwest
405 E. 14th Ave.
Kansas City, MO 64116


Harshman Machine & Tool Corp.
1030 S. 8th St.
Saint Joseph, MO 64503


Haynes Benefits PC
Attn: Marsha Woodward
2600 Grand Blvd. 410
Kansas City, MO 64108


Hilti
7250 Dallas Pkwy 1000
Plano, TX 75024

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Matheson Gas
4722 S. Highway 169
Saint Joseph, MO 64507

McMaster Carr
600 N. County Line Rd.
Elmhurst, IL 60126


Menards
5101 Menard Dr.
Eau Claire, WI 54703


Metal Sales Manufacturing Corporation
1306 S. Powell Rd.
Independence, MO 64057


Metals, USA
2840 E. Heartland Dr.
Liberty, MO 64068


Midwest Pest
4760 SE Stafford
Dearborn, MO 64439


Missouri American Water
727 Craig Rd.
Saint Louis, MO 63141-7175


Mo-Kan Sheet Metal Workers
2902 Blue Ridge Blvd. 100
Kansas City, MO 64129


Mo-Kan Sheet Metal Workers Welfare Fund
2902 Blue Ridge Blvd. 100
Kansas City, MO 64129


Nolin Milling Inc.
101 Pine St.
Dickens, IA 51333


O'Neal Steel - St. Joseph
2901 S. 22nd St.
Saint Joseph, MO 64503

Peggy Campbell
Buchanan County Collector
411 Jules St. 123
Saint Joseph, MO 64501


Phil Gloggner
15900 NW 126th Terr.
Platte City, MO 64079


Philip A. Gloggner
15900 NW 126th Terr.
Platte City, MO 64079


Phoenix Metals Company
201 Donovan Rd.
Kansas City, KS 66115


Prolific Technologies
2013 S. Blet Hwy. 300
Saint Joseph, MO 64507


Rock Ridge Steel Co. LLC
PO Box 455
Elwood, KS 66024


Sheet Metal Workers Local #2
2902 Blue Ridge Blvd.
Kansas City, MO 64129


Sheet Metal Workers National Pension Fund
3180 Fairview Park Dr. 400
Falls Church, VA 22042

Small Business Administration
1000 Walnut Street, Suite 500
Kansas City, MO  64106-2156


Spire
Drawer 2
Saint Louis, MO 63171

State Steel
PO Box 3224
Sioux City, IA 51102

Trexcon, Inc.
802 Mitchell Ave.
Saint Joseph, MO 64503

Triangle Sales
15300 W. 110th St.
Lenexa, KS 66219

United Fiber
PO Box 319
Savannah, MO 64485-0319

U.S. Attorney, Western District of Missouri
Attn: Bankruptcy Processing Clerk
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, MO  64106